Note for Judge

Me and my husband were pulled over. If you refer back to preliminary binder. It clearly is the arresting officer, under oath saying he had no valid reason to search our car. The stop was over we were free to go. he then called him back to him to ask if anything was in car. he said no he said can i search your car he said no. He searched the car anyway.
I also was made to do weekends in there jail and had just had surgery with medicine & doctor's note stating I must have bandages changed & a shower. They took all my bandage & locked me down for 3 days with no medical attention. In turn I caught MRSA and Scabies in there jail. I have medical documentation to prove. Thank you in Advance.

Christina Wilson
2251 E. 21St N. Suite #119
Wichita, KS 67214